(6) . . . requires owners and contractors to 'provide reasonable and adequate protection and safety' for workers and to comply with the specific safety rules and regulations promulgated by the Commissioner of the Department of Labor" (*Ross v Curtis-Palmer Hydro-Elec. Co.*, 81 NY2d 494, 501-502 [1993]). "The duty to comply with the Commissioner's safety rules, which are set out in the Industrial Code (12 NYCRR), is nondelegable" (*Misicki v Caradonna*, 12 NY3d 511, 515 [2009]). However, "[c]ontributory and comparative negligence are valid defenses to a section 241 (6) claim; moreover, breach of a duty imposed by a rule in the Code is merely some evidence for the factfinder to consider on the question of a defendant's negligence" (*Misicki v Caradonna*, 12 NY3d at 515).

The plaintiff asserted violations of two Industrial Code provisions: 12 NYCRR 23-1.21 (b) (4) (iv) and (9). Although the plaintiff submitted evidence sufficient to establish that 12 NYCRR 23-1.21 (b) (4) (iv) was violated, "an issue of fact exists as to whether a violation of this provision was the proximate cause of [the plaintiff's] injury" (*Montalvo v J. Petrocelli Constr., Inc.*, 8 AD3d 173, 176 [2004]; *cf. Trippi v Main-Huron, LLC*, 28 AD3d 1069, 1070 [2006]; *Blair v Cristani*, 296 AD2d 471, 472 [2002]). Furthermore, although there is evidence that the defendants violated 12 NYCRR 23-1.21 (b) (9), there is also evidence that the plaintiff was negligent in leaning the ladder against or above the garage door while he performed his work and, thus, "the plaintiff failed to establish his entitlement to judgment as a matter of law [on the issue of liability under Labor Law § 241 (6)], since his submissions reveal that there are triable issues of fact which preclude the award of summary judgment" (*Ascencio v Briarcrest at Macy Manor, LLC*, 60 AD3d 606, 607 [2009]; *see Edwards v C&D Unlimited*, 295 AD2d 310, 311 [2002]; *Amirr v Calcagno Constr. Co.*, 257 AD2d 585, 586 [1999]; *Drago v New York City Tr. Auth.*, 227 AD2d 372, 373 [1996]). Fisher, J.P., Angiolillo, Eng and Lott, JJ., concur.

WILFREDO RODRIGUEZ, Respondent, v ROSE MARTINELLI, Appellant. [889 NYS2d 467]—

Rivera, J.P., Dickerson, Hall and Lott, JJ., concur.